UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA**          **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 1:05CV125 LTS JMR**

**DAVID BILLINGS, ET AL.**                                              **DEFENDANTS**

### ORDER

In accordance with the memorandum opinion I have this day signed, it is

**ORDERED**

That the motion of Plaintiff American Bankers Insurance Company of Florida for summary judgment is hereby DENIED without prejudice to the right of the plaintiff to renew its motion in the event it can establish the predicate necessary to demonstrate that the defendants' signatures on this arbitration agreement (or on the other arbitration agreement contained in the insurance purchase contract) are authentic.

**SO ORDERED** this 12th day of December, 2005.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge